J. Morrow Otis, State Bar No. 039311
Steven L. Iriki, State Bar No. 142533
San-Chuen Lau, State Bar No. 198092
OTIS & IRIKI
220 Montgomery Street, Suite 1900
San Francisco, CA 94104
Telephone: (415) 362-4442
Facsimile: (415) 362-7332

Attorneys for Plaintiff
PERFORMANCE CONTRACTING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE CONTRACTING, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No.: 2:11-CV-02920-MCE-CKD<br><br>**STIPULATION AND ORDER**<br><br><br><br>Complaint Filed: November 4, 2011 |

## STIPULATION

WHEREAS, Plaintiff Performance Contracting, Inc. ("PCI") and Defendant the United States of America (the "Government") agree that it is in the interests of the parties to pursue settlement of this litigation as early as possible if there is an opportunity to do so; and

WHEREAS, a mediation has heretofore been scheduled in a related state court case before Judge Harold C. Kullberg of the Civilian Board of Contract Appeals on February 22, 2012 (the "Kullberg Mediation"); and

WHEREAS, both PCI and U.S. Department of Veterans Affairs, owner of the Sacramento Veterans Affairs Medical Center, which Center is the subject of this litigation, have agreed to participate in the Kullberg Mediation; and

WHEREAS, a global settlement of the case being mediated before Judge Kullberg would resolve all issues in this action.

IT IS HEREBY STIPULATED THAT:

1. No answer or other responsive pleading or motion by the Government to PCI's Complaint shall be due until March 23, 2012, thirty (30) days following the Kullberg Mediation;

2. The parties' Joint Status Report shall be due on March 23, 2012;

3. All discovery deadlines with a due date prior to the mediation shall be extended for thirty (30) days following the mediation; and

4. PCI's Motion for Exercise of Supplemental Jurisdiction and Consolidation of Cases currently set for hearing on January 12, 2012 shall be continued and heard at the same time as any dispositive motion filed by the Government in response to PCI's Complaint.

Dated: December 28, 2011            OTIS & IRIKI

   /s/ J. Morrow Otis
J. Morrow Otis
Attorneys for Plaintiff
PERFORMANCE CONTRACTING, INC.

Dated: December 28, 2011            BENJAMIN B. WAGNER
United States Attorney

   /s/ Jason Ehrlinspiel
Jason Ehrlinspiel
Attorneys for Defendant
THE UNITED STATES OF AMERICA

IT IS SO ORDERED.

Dated: January 6, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-