J. Morrow Otis, State Bar No. 039311
Steven L. Iriki, State Bar No. 142533
San-Chuen Lau, State Bar No. 198092
OTIS & IRIKI
220 Montgomery Street, Suite 1900
San Francisco, CA  94104
Telephone: (415) 362-4442
Facsimile: (415) 362-7332

Attorneys for Plaintiff
PERFORMANCE CONTRACTING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE CONTRACTING, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No.:  2:11-CV-02920-MCE-CKD<br><br>**STIPULATION AND ORDER** |

# STIPULATION

WHEREAS, Plaintiff Performance Contracting, Inc. ("PCI") and the U.S. Department of Veterans Affairs (the "Department" or the "Government"), owner of the Sacramento Veterans Affairs Medical Center, which Center is the subject of this litigation, participated in a mediation in a related state court case before Judge Harold C. Kullberg of the Civilian Board of Contract Appeals on February 22, 2012;

WHEREAS, no settlement resulted from the mediation;

WHEREAS, the parties wish to set this matter on a reasonable schedule and extend all deadlines an additional thirty (30) days per the parties' stipulation and order entered on January 6, 2012.

IT IS HEREBY STIPULATED THAT:

1. An answer or other responsive pleading or motion by the Government to PCI's Complaint shall be due on April 23, 2012;

2. The parties' Joint Status Report shall be due on April 23, 2012; and

3. PCI's Motion for Exercise of Supplemental Jurisdiction and Consolidation of Cases which was continued pursuant to the parties' stipulation and order entered on January 6, 2012, shall be heard at the same time as any dispositive motion filed by the Government in response to PCI's Complaint.

| | |
|---|---|
| Dated: March 21, 2012 | OTIS & IRIKI |
| | |
| | /s/ J. Morrow Otis |
| | J. Morrow Otis |
| | Attorneys for Plaintiff |
| | PERFORMANCE CONTRACTING, INC. |
| | |
| Dated: March 21, 2012 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | |
| | /s/ Jason Ehrlinspiel |
| | Jason Ehrlinspiel |
| | Attorneys for Defendant |
| | THE UNITED STATES OF AMERICA |

IT IS SO ORDERED.

DATE: March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE