J. Morrow Otis, State Bar No. 039311
Steven L. Iriki, State Bar No. 142533
San-Chuen Lau, State Bar No. 198092
OTIS & IRIKI
220 Montgomery Street, Suite 1900
San Francisco, CA 94104
Telephone: (415) 362-4442
Facsimile: (415) 362-7332

Attorneys for Plaintiff
PERFORMANCE CONTRACTING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE CONTRACTING, INC.,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>THE UNITED STATES,<br><br>　　　Defendant. | Case No.: 2:11-CV-02920-MCE-CKD<br><br>**STIPULATION AND ORDER**<br><br><br>Complaint Filed: November 4, 2011 |

## STIPULATION

WHEREAS, Plaintiff Performance Contracting, Inc. ("PCI") and the U.S. Department of Veterans Affairs (the "Department" or the "Government"), owner of the Sacramento Veterans Affairs Medical Center, which Center is the subject of this litigation, participated in a mediation in a related state court case before Judge Harold C. Kullberg of the Civilian Board of Contract Appeals on February 22, 2012;

WHEREAS, no settlement resulted from the mediation;

WHEREAS, pursuant to the parties' stipulation, the Court ordered that the Government's response to PCI's Complaint shall be due on April 23, 2012;

WHEREAS, the Government seeks a two-week extension so that it may file and serve its response to PCI's Complaint on or before May 7, 2012, and PCI does not object to this request;

WHEREAS, the parties anticipate that the Government will not be filing an answer to PCI's Complaint, but rather will be making a jurisdictional motion. Therefore, in the interests of judicial economy, the parties' Joint Status Report should be due at a later date than the hearing on PCI's Motion for Exercise of Supplemental Jurisdiction and Consolidation of Cases and any dispositive motion filed by the Government in response to PCI's Complaint.

IT IS HEREBY STIPULATED THAT:

1. The Government shall file and serve its response to PCI's Complaint on or before May 7, 2012; and

2. The parties' Joint Status Report shall be due on June 15, 2012.

Dated: April 10, 2012     OTIS & IRIKI

 /s/ J. Morrow Otis
J. Morrow Otis
Attorneys for Plaintiff
PERFORMANCE CONTRACTING, INC.

Dated: April 10, 2012     BENJAMIN B. WAGNER
United States Attorney

 /s/ Jason Ehrlinspiel
Jason Ehrlinspiel
Attorneys for Defendant
THE UNITED STATES OF AMERICA

IT IS SO ORDERED.

Dated: April 11, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE