1  J. Morrow Otis, State Bar No. 039311
2  Steven L. Iriki, State Bar No. 142533
   San-Chuen Lau, State Bar No. 198092
3  OTIS & IRIKI
   220 Montgomery Street, Suite 1900
4  San Francisco, CA  94104
   Telephone: (415) 362-4442
5  Facsimile: (415) 362-7332

6  Attorneys for Plaintiff
   PERFORMANCE CONTRACTING, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  PERFORMANCE CONTRACTING,        Case No.:  2:11-CV-02920-MCE-CKD
    INC.,
12                                  **STIPULATION AND ORDER**
                Plaintiff,
13
           vs.
14
    THE UNITED STATES,
15
                Defendant.
16
                                    Complaint Filed:  November 4, 2011
17

18

19

20

21

22

23

24

25

26

27

28

-1-

**STIPULATION**

WHEREAS, the Government filed a motion to dismiss plaintiff Performance Contracting, Inc.'s ("PCI") complaint for lack of jurisdiction, which is set for hearing on June 28, 2012;

WHEREAS, the parties' Joint Status Report is currently due on June 15, 2012;

WHEREAS, PCI's Motion for Exercise of Supplemental Jurisdiction and Consolidation of Cases ("Motion to Consolidate") has been filed but has not been fully briefed and is not currently set for hearing;

WHEREAS, the parties believe that, in the interests of judicial economy, the Court should rule upon the Government's motion to dismiss before setting a briefing schedule for PCI's Motion to Consolidate and the parties' Joint Status Report should be due at a later date than the hearing on the Government's motion to dismiss.

IT IS HEREBY STIPULATED THAT:

The parties agree to request that the Court order the following:

1. That the June 15, 2012 deadline for a joint status report be vacated and that a future joint status report deadline be set if the Court denies the Government's motion to dismiss; and

-2-

OTIS & IRIKI
220 MONTGOMERY STREET, SUITE 1900
SAN FRANCISCO, CA 94104

OTIS & IRIKI
220 MONTGOMERY STREET, SUITE 1900
SAN FRANCISCO, CA  94104

2.  That the Court will set a briefing schedule for PCI's Motion to Consolidate

and set a hearing date for the motion, if necessary, after it has ruled on the

Government's motion to dismiss.


Dated:  May 23, 2012                OTIS & IRIKI


                                    */s/ J. Morrow Otis*
                                    J. Morrow Otis
                                    Attorneys for Plaintiff
                                    PERFORMANCE CONTRACTING, INC.


Dated:  May 23, 2012                BENJAMIN B. WAGNER
                                    United States Attorney


                                    */s/ Lynn Trinka Ernce*
                                    Lynn Trinka Ernce
                                    Assistant United States Attorney
                                    Attorneys for Defendant
                                    THE UNITED STATES OF AMERICA

IT IS HEREBY ORDERED THAT the June 15, 2012, deadline for a joint status report is vacated.  A future joint status report deadline will be set if the Court denies the Government's motion to dismiss.  PCI's Motion to Consolidate (ECF No. 8) is hereby DENIED without prejudice to refiling, if necessary, after the Court has ruled on the Government's Motion to Dismiss.


Dated:  May 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-