J. Morrow Otis, State Bar No. 039311
Steven L. Iriki, State Bar No. 142533
San-Chuen Lau, State Bar No. 198092
OTIS & IRIKI
220 Montgomery Street, Suite 1900
San Francisco, CA 94104
Telephone: (415) 362-4442
Facsimile: (415) 362-7332

Attorneys for Plaintiff
PERFORMANCE CONTRACTING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE CONTRACTING, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE UNITED STATES,<br><br>　　　　Defendant. | Case No.: 2:11-CV-02920-MCE-CKD<br><br>**STIPULATION AND ORDER**<br><br><br><br>Complaint Filed: November 4, 2011 |

-1-

## STIPULATION

WHEREAS, the Government filed a motion to dismiss plaintiff Performance Contracting, Inc.'s ("PCI") complaint for lack of jurisdiction, which is set for hearing on June 28, 2012;

WHEREAS, the parties' Joint Status Report is currently due on June 15, 2012;

WHEREAS, PCI's Motion for Exercise of Supplemental Jurisdiction and Consolidation of Cases ("Motion to Consolidate") has been filed but has not been fully briefed and is not currently set for hearing;

WHEREAS, the parties believe that, in the interests of judicial economy, the Court should rule upon the Government's motion to dismiss before setting a briefing schedule for PCI's Motion to Consolidate and the parties' Joint Status Report should be due at a later date than the hearing on the Government's motion to dismiss.

IT IS HEREBY STIPULATED THAT:

The parties agree to request that the Court order the following:

1. That the June 15, 2012 deadline for a joint status report be vacated and that a future joint status report deadline be set if the Court denies the Government's motion to dismiss; and

2. That the Court will set a briefing schedule for PCI's Motion to Consolidate and set a hearing date for the motion, if necessary, after it has ruled on the Government's motion to dismiss.

Dated:  May 23, 2012                    OTIS & IRIKI

                                               */s/ J. Morrow Otis*
                                              J. Morrow Otis
                                              Attorneys for Plaintiff
                                              PERFORMANCE CONTRACTING, INC.

Dated:  May 23, 2012                    BENJAMIN B. WAGNER
                                              United States Attorney

                                               */s/ Lynn Trinka Ernce*
                                              Lynn Trinka Ernce
                                              Assistant United States Attorney
                                              Attorneys for Defendant
                                              THE UNITED STATES OF AMERICA

IT IS HEREBY ORDERED THAT the June 15, 2012, deadline for a joint status report is vacated.  A future joint status report deadline will be set if the Court denies the Government's motion to dismiss.  PCI's Motion to Consolidate (ECF No. 8) is hereby DENIED without prejudice to refiling, if necessary, after the Court has ruled on the Government's Motion to Dismiss.

Dated: May 25, 2012

                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE